25149-JPB

# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN D. MINARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14-cv-8168 |
| WAL-MART STORES, INC. | ) Honorable Judge: Virginia M. Kendall |
| Defendant, | ) ) ) |

**DEFENDANT WAL-MART STORES, INC.'S MOTION TO VACATE TECHNICAL DEFAULTS AND TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

NOW COMES Defendant, WAL-MART STORES, INC., by and through its attorneys James P. Balog and Kimberly M. Haskell, and hereby moves this Honorable Court for leave to vacate any and all technical defaults, and to dismiss Plaintiff's Amended Complaint pursuant to the Federal Rules of Civil Procedure, Rules 8(a)(2), 10(b), and 12(b)(6). In support thereof, Defendant states as follows:

1. That on March 10, 2015, Plaintiff John D. Minard filed Plaintiff's Amended Complaint for personal injury arising from a motor vehicle accident on Defendant's property. *See* Plaintiff's Complaint, attached hereto and incorporated herein as Exhibit A.

2. That Defendant was served with Plaintiff's Amended Complaint by certified mail on December 23, 2015. *See* Ex. A.

3. That Defendant filed its appearance as of January 6, 2016. *See* Defendant's Appearance, attached hereto and incorporated herein as Exhibit B.

4. That pursuant to the Federal Rules of Civil Procedure, Rule 8(a)(2), a pleading that states a claim for relief must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."

5. That pursuant to the Federal Rules of Civil Procedure, Rule 10(b), "a party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances."

6. Here, Defendant cannot properly answer Plaintiff's Amended Complaint as the pleading fails to state a short and plain statement of the claim and it fails to state all of claims in numbered paragraphs limited to a single set of circumstances.

7. Plaintiff's "Statement of Claim" beginning on page 4 of his Amended Complaint fails to contain complete numbered paragraphs separating each claim or allegation, which would permit Defendant to properly respond to each in an appropriate fashion. *See* Ex. A.

8. Plaintiff later decides to use a combination of numbering and lettering but is inconsistent in his usage, thereby preventing Defendant from being able to properly respond to each statement. *See* Ex. A.

9. In its current form, Plaintiff has failed to properly state a claim upon which relief can be granted and Defendant cannot properly answer Plaintiff's Amended Complaint at law pursuant to the Federal Rules of Civil Procedure, Rule 12(b)(6).

10. Based on the aforementioned, Defendant hereby moves for leave to vacate any and all technical defaults entered against it, and to dismiss Plaintiff's Amended Complaint pursuant to Rules 8(a)(2), 10(b) and 12(b)(6).

**CONCLUSION**

WHEREFORE, Defendant, Wal-Mart Stores, Inc., prays that this Court enter an order vacating any and all technical defaults entered against it, and dismissing Plaintiff's Amended Complaint pursuant to Rules 8(a)(2), 10(b) and 12(b)(6), and for any other relief this Court deems appropriate and just.

        O'HAGAN, LLC

        /s/ James P. Balog

        One of the Attorneys for Defendant,
        *Wal-Mart Stores, Inc.*

James P. Balog, Esq. #6185185
Kimberly M. Haskell, Esq. #6300402
Rashad A. Simmons, Esq. #6319497
O'Hagan, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
312-422-6100
312-422-6110 (Fax)
jbalog@ohaganlaw.com
khaskell@ohaganlaw.com
rsimmons@ohaganlaw.com