25149-JPB

# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN D. MINARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-cv-8168 |
| | ) |
| WAL-MART STORES, INC. | ) Honorable Judge: Virginia M. Kendall |
| | ) |
| Defendant, | ) |
| | ) |

## DEFENDANT WAL-MART STORES, INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT IN LIEU OF ANSWER

NOW COMES Defendant, WAL-MART STORES, INC., by and through its attorney James P. Balog, and hereby moves this Honorable Court to dismiss Plaintiff's Second Amended Complaint pursuant to the Federal Rules of Civil Procedure, Rules 8(a)(2), 10(b), and 12(b)(6). In support thereof, Defendant states as follows:

1. On March 10, 2015, Plaintiff John D. Minard filed Plaintiff's Amended Complaint for personal injury arising from a motor vehicle accident on Defendant's property. *See* Plaintiff's Complaint, attached hereto and incorporated herein as Exhibit A.

2. Defendant was served with Plaintiff's Amended Complaint by certified mail on December 23, 2015. *See* Ex. A.

3. Defendant filed its appearance as of January 6, 2016. *See* Defendant's Appearance, attached hereto and incorporated herein as Exhibit B.

4. Defendant filed its Motion to dismiss Plaintiff's Amended Complaint on February 18, 2016. *See* Defendant's Motion to Dismiss, attached hereto and incorporated herein as Exhibit C.

1

5. On February 19, 2016, this Court set a briefing schedule on Defendant's Motion and Plaintiff's response was due by March 8, 2016, Defendant's reply was due by March 15, 2016. *See* February 19, 2016 Minute Entry, attached hereto and incorporated herein as Exhibit D.

6. Plaintiff never filed a response to Defendant's Motion to Dismiss, and said Motion is still pending.

7. On March 9, 2016, Plaintiff filed a Motion for Default and said Motion was subsequently denied on March 11, 2016. *See* March 11, 2016 Minute Entry, attached hereto and incorporated herein as Exhibit E.

8. On March 10, 2016, Defendant received what it can only assume is a Second Amended Complaint, although Plaintiff never sought leave of court to amend his Complaint, and Defendant's Motion to Dismiss the Amended Complaint is still pending. The title of the document remains the same, "Amended Complaint." *See* Second Amended Complaint, attached hereto and incorporated herein as Exhibit F.

9. Upon side by side comparison of the Second Amended Complaint to the original Amended Complaint, the language and format of the document is identical. The only changes Plaintiff made were to add handwritten numbers in an effort to separate specific parts into paragraphs, but did not alter the actual content of the Amended Complaint. *See* Ex. A & F.

10. That pursuant to the Federal Rules of Civil Procedure, Rule 8(a)(2), a pleading that states a claim for relief must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."

2

11. That pursuant to the Federal Rules of Civil Procedure, Rule 10(b), "a party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances."

12. Although Plaintiff included additional numbers in an effort to comply with the numbered paragraphs requirement, he still failed to make his allegations comply with the requirement of a short and plain statement of the claim. *See* Ex. F.

13. In his Second Amended Complaint, Plaintiff has failed to properly state a claim upon which relief can be granted and Defendant cannot properly answer Plaintiff's Amended Complaint at law pursuant to the Federal Rules of Civil Procedure, Rule 12(b)(6).

14. Plaintiff has had multiple opportunities to amend his Complaint. Now Plaintiff has seemingly filed a Second Amended Complaint, without leave of Court, and with a Motion to Dismiss pending, and has still failed to comply with the Rules.

15. Based on the aforementioned, Defendant hereby moves to dismiss Plaintiff's Second Amended Complaint with prejudice, pursuant to Rules 8(a)(2), 10(b) and 12(b)(6) due to Plaintiff's repeated failure to properly state a claim upon which relief can be granted, and for any other relief the Court deems appropriate and just.

WHEREFORE, Defendant, Wal-Mart Stores, Inc., prays that this Court enter an order dismissing Plaintiff's Second Amended Complaint with prejudice, pursuant to Rules 8(a)(2), 10(b) and 12(b)(6), and for any other relief this Court deems appropriate and just.

O'HAGAN, LLC

/s/ James P. Balog

One of the Attorneys for Defendant,
*Wal-Mart Stores, Inc.*

James P. Balog, Esq. #6185185
Kimberly M. Haskell, Esq. #6300402
Rashad A. Simmons, Esq.  #6319497
O'Hagan, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
312-422-6100
312-422-6110 (Fax)
jbalog@ohaganlaw.com
khaskell@ohaganlaw.com
rsimmons@ohaganlaw.com